UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN JOSUE BALLA-CASA,
Petitioner,

v.

KENNETH GENALO, et al.,
Respondents.

26-CV-10264 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of the Government's letter. ECF No. 4. The Government represents that Petitioner was located in New Jersey at the time the petition for a writ of habeas corpus was submitted to the Court's Pro Se Intake Unit. *See id.* at 1. The Government argues that venue is therefore improper in this District and the case should be transferred to the U.S. District Court for the District of New Jersey. *See id.* at 2.

The parties are each **DIRECTED** to submit, by **November 30, 2026**, letters stating any facts and including any evidence that would support or rebut the Government's position on proper venue.

All other briefing deadlines and conferences are **ADJOURNED** *sine die*.

The Government is **ORDERED** to serve a copy of this Order on Petitioner and Petitioner's next friend and to file proof of service on the docket by **November 24, 2026**.

SO ORDERED.

Dated: November 24, 2026
New York, New York

DALE E. HO
United States District Judge